Teresita EMPERADOR,
Plaintiff–Appellant,

v.

PRUDENTIAL PROPERTY & CASU-
ALTY INSURANCE COMPANY,
Defendant–Appellee.

No. 05–55050.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 5, 2006.

Filed Dec. 18, 2006.

Robert H. Roe, Esq., Vista, CA, for
Plaintiff–Appellant.

Allen L. Michel, Berger Kahn, Los An-
geles, CA, for Defendant–Appellee.

Before: REINHARDT, KOZINSKI,
and IKUTA, Circuit Judges.

MEMORANDUM *

After Prudential took the procedural
steps set forth in section 1691 of the Cal-
ifornia Civil Code to rescind Emperador's
homeowner's insurance policy, Empera-
dor had a choice of bringing a breach of
contract claim or seeking relief based on
rescission under section 1692 of the Cali-
fornia Civil Code. *See Akin v. Certain
Underwriters at Lloyd's London,* 140
Cal.App.4th 291, 296, 44 Cal.Rptr.3d 284
(Cal.Ct.App.2006). Her election to bring
a breach of contract claim was not
barred by Prudential's attempted rescis-
sion. *See Perini Corp. v. Orion Ins. Co.,*
331 F.Supp. 453, 457 (E.D.Cal.1971).
Nor was Emperador's contract claim
barred by the statute of limitation. *See*
CAL.CIV.PROC.CODE § 340.9 (West 2006);
*see also Campanelli v. Allstate Life Ins.
Co.,* 322 F.3d 1086, 1096 (9th Cir.2003).
Therefore, the district court erred in de-
termining that Emperador's action was
time barred. Because we reverse and
remand for further proceedings, we do
not reach Emperador's remaining argu-
ments.

REVERSED and REMANDED.

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts of this circuit except as provided by 9th Cir.
R. 36–3.